UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00152-SRM (BFM) | Date | April 15, 2026 |
|---|---|---|---|
| Title | Alenoush Aghazarian v. Worley Group, Inc. et al | | |

| Present: The Honorable | SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Leonard Sansanowicz | None Present |
| Alexnder Bressler | |

**Proceedings:**      **MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [16]**

Case called. Counsel makes their appearance. The Court notes no appearance is made on behalf of defendants. For the reasons stated on the record, the Motion is **GRANTED**. The case is remanded to Los Angeles Superior Court, case number 25STCV17033.

**IT IS SO ORDERED.**

|  | - | : | 02 |
|---|---|---|---|
| Initials of Deputy Clerk | | gga | |